**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

Pursuant to the entry on August 25, 2026, by the Hon. Edmond E. Chang in case 26 CV 9522, *Novartis Pharmaceuticals Corporation v. Raoul, in his official capacity as Attorney General for the State of Illinois,* that the related cases listed below be reassigned, pursuant to Local Rule 40.4; therefore

It is hereby ordered that Judge Chang shall preside over these related proceedings and each case be reassigned from the current assigned judges listed below to Judge Chang, pursuant to Local Rule 40.4.

| CASE # | TITLE | JUDGE |
|---|---|---|
| 26 CV 9523 | *AbbVie Inc. et al v. Raoul* | Tharp |
| 26 CV 9590 | *Bristol Myers Squibb Company v. Raoul, in his official capacity as Attorney General for the State of Illinois* | Hunt |
| 26 CV 9805 | *AstraZeneca Pharmaceuticals LP v. Kwame Raoul, in his official capacity as Attorney General of the State of Illinois* | Valderrama |
| 26 CV 9859 | *Pharmaceutical Research and Manufacturers of America v. Raoul* | Jenkins |

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE:**

Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 26th day of August, 2026